United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA C. PLASCENCIA,

    Plaintiff,

    v.

ARAMARK SERVICES, INC.,

    Defendant.

Case No. 15-cv-01101-NC

**DENIAL OF REQUEST TO CONTINUE; GRANT OF REQUEST TO APPEAR BY TELEPHONE**

The Court has reviewed the joint case management conference statement. The request to continue the conference is denied. The request to participate by telephone is granted. The parties must contact Courtroom Deputy Lili Harrell (408) 535 5343 before the conference to provide contact telephone numbers.

**IT IS SO ORDERED.**

Dated: September 2, 2015   _____
    NATHANAEL M. COUSINS
    United States Magistrate Judge

Case No. 15-cv-01101-NC