UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA C. PLASCENCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>ARAMARK SERVICES, INC.,<br><br>        Defendant. | Case No. 15-cv-01101-NC<br><br>**ORDER OF DISMISSAL** |

The plaintiff has conceded that this Court lacks subject matter jurisdiction over her claims. Therefore, the Court dismisses her claims without prejudice.

**IT IS SO ORDERED.**

Dated: October 22, 2015

                                      NATHANAEL M. COUSINS
                                      United States Magistrate Judge

Case No. 15-cv-01101-NC